UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| *Plaintiff,* | § | Civil Case |
| vs. | § | (CDCS: 2017A40449) |
| | § | (CDCS: 2017A40460) |
| I & S Healthcare Services LLC, | § | (CDCS: 2017A40495) |
| *Defendant.* | § | (CDCS: 2017A40507) |
| | § | (CDCS: 2017A40466) |
| | § | (CDCS: 2017A40476) |

# Complaint

1. Jurisdiction

   The District Court has jurisdiction because a federal agency is a party to this action and under the express authority granted to it by the United States Constitution Article III, Section 2, 28 U.S.C. § 1345 (2013).

2. Venue

Venue is proper in the Southern District of Texas, Houston Division, because the defendant resides in Houston and may be served at 2646 South Loop West, Ste 370, Houston, Texas 77054. The defendant's process address is located in Harris County. 28 U.S.C. § 1391 (2013).

3. Breach of Contract

   a. Defaulted Note

      This action seeks recovery of a debt owed to the United States. The defendant has not repaid the debt as agreed. The amount owed includes:

   <u>CDCS 2017A40449</u>

   | | |
   |---|---|
   | Principal | $ 477.91 |
   | Interest as of 02/16/2017. | $ 248.60 |
   | Attorney's fees | $ 550.00 |
   | Balance due | $1276.51 |

   Interest rate of 10.870% accrued at a daily rate of $ 0.

   <u>CDCS 2017A40460</u>

   | | |
   |---|---|
   | Principal | $ 1,999.09 |
   | Interest as of 02/16/2017. | $ 1,023.25 |

| | |
|---|---|
| Balance due | $ 3,022.34 |

Interest rate of 10.87% accrued at a daily rate of $ 0.

### CDCS 2017A40495

| | |
|---|---|
| Principal | $ 2,235.98 |
| Interest as of 02/16/2017. | $ 1,115.70 |
| Balance due | $ 3,351.68 |

Interest rate of 11.0% accrued at a daily rate of $ 0.

### CDCS 2017A40507

| | |
|---|---|
| Principal | $ 2,351.61 |
| Interest as of 02/16/2017. | $ 1,163.47 |
| Balance due | $ 3,515.08 |

Interest rate of 11.0% accrued at a daily rate of $ 0.

### CDCS 2017A40466

| | |
|---|---|
| Principal | $ 6,756.80 |
| Interest as of 02/16/2017. | $ 3,388.02 |
| Balance due | $ 10,144.82 |

Interest rate of 10.870% accrued at a daily rate of $ 0.

### CDCS

| | |
|---|---|
| Principal | **$6,859.30** |
| Interest as of 02/16/2017. | $3,410.82 |
| Balance due | $10,270.12 |

Interest rate of 10.870% accrued at a daily rate of $ 0.

    The certificates of indebtedness, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

  b. Failure to Pay

    Demand for payment has been made by plaintiff. Defendant has failed to pay the debt.

4. Prayer

    The United States prays for the sums of the Balance due in paragraph 3 to include principal, interest, and attorney fees. Plaintiff prays for prejudgment interest through the date of judgment and other fees that the Court deems proper.

    Respectfully submitted,

    /s/ Clifton C. Kyle
    Clifton C. Kyle
    Kyle Law Group, P.C.
    Attorney for United States of America
    Texas Bar No. 24077217
    SDTX 1232748
    1716A Washington Ave

Houston, Texas 77007
Phone: (281) 501-0610
Fax: (281) 501-0631
Email: cckyle@kylelawgroup.com



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
**CERTIFICATE OF INDEBTEDNESS**

Debtor Name(s) and Address(es):

I & S Healthcare Services, LLC

The debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $ 477.91 |
| Interest through 2/16/17: | $ 248.60 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/16/17:     $ 726.51**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.87% annually (a rate of $0.14 per diem).

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X _Ashleigh Edmonds_
February 16, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

I & S Healthcare Services, LLC

The debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $1,999.09 |
| Interest through 2/16/17: | $1,023.25 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/16/17:**      **$3,022.34**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.87% annually (a rate of $0.59 per diem).

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X _Ashleigh Edmonds_
February 16, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

I & S Healthcare Services, LLC

The debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $ 2,235.98 |
| Interest through 2/16/17: | $ 1,115.70 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/16/17:     $ 3,351.68**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 11.0% annually (a rate of $0.67 per diem).

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X  *Ashleigh Edmonds*

February 16, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

I & S Healthcare Services, LLC

The debtor named above is indebted to the United States in the amount stated as follows:

|   |   |
|---|---|
| Principal: | $ 2,351.61 |
| Interest through 2/16/17: | $ 1,163.47 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/16/17:**     $ 3,515.08

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 11.0% annually (a rate of $0.71 per diem).

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X _Ashleigh Edmonds_
February 16, 2017
Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

I & S Healthcare Services, LLC

The debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $ 6,756.80 |
| Interest through 2/16/17: | $ 3,388.02 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/16/17:**   **$10,144.82**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.87% annually (a rate of $2.01 per diem).

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X _Ashleigh Edmonds_
February 16, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

I & S Healthcare Services, LLC

The debtor named above is indebted to the United States in the amount stated as follows:

                     Principal:         $ 6,859.30
         Interest through 2/16/17:      $ 3,410.82

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/16/17:     $10,270.12**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.87% annually (a rate of $2.04 per diem).

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X _Ashleigh Edmonds_
February 16, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service